1   Young Cho
    Attorney at Law: 189870
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-8868
    E-mail: rohlfing.office@rohlfinglaw.com
5
    Attorneys for Plaintiff
6   Joseph Hernandez

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12  JOSEPH HERNANDEZ,                  )  Case No.: EDCV 11-777 DTB
                                       )
13              Plaintiff,             )  [~~PROPOSED~~] ORDER AWARDING
                                       )  EQUAL ACCESS TO JUSTICE ACT
14       vs.                           )  ATTORNEY FEES AND EXPENSES
                                       )  PURSUANT TO 28 U.S.C. § 2412(d)
15  MICHAEL J. ASTRUE,                 )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security,   )  U.S.C. § 1920
16                                     )
                Defendant              )
17                                     )
                                       )
    _____)
18

19          Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21          IT IS ORDERED that fees and expenses in the amount of $3,700.00, as

22  authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23  DATE:       April 27, 2012

24

25          _____
            THE HONORABLE DAVID T. BRISTOW
26          UNITED STATES MAGISTRATE JUDGE

                               -1-